A. G. Warren, appellee, v. Rienzi Garage, appellant. Gen. No. 30,522.

Assumpsit for breach of contract of bailment. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

John A. Bloomingston, for appellant. Kremer, Branand & Hamer, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Robert E. Turney et al., defendants in error, v. Ethel F. Lipsey et al., plaintiffs in error. Gen. No. 30,527.

Bill to foreclose trust deed. Decree for complainants. Error to the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed June 14, 1926.

L. M. Fine, for plaintiffs in error. Robert E. Turney, *pro se*, for defendants in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Massachusetts Bonding & Insurance Company, appellee, v. Community State Bank, appellant. Gen. No. 30,544.

Action upon bank deposit. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. W. Schulman, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926. Rehearing denied June 29, 1926.

Gallagher, Shulman, Abrams & Henry, for appellant; Vincent G. Gallagher and Meyer Abrams, of counsel. Moses, Kennedy, Stein and Bachrach, for appellee; Walter Bachrach and Isaac E. Ferguson, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Blitz Brothers, appellee, v. Alex Schwartz, appellant. Gen. No. 30,593.

Action for balance due upon orders for sale and delivery of restaurant fixtures. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

G. A. Buresh and Louis I. Gottlieb, for appellant. Aaron R. Eppstein, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.